**Motion Granted; Abatement Order filed January 3, 2013..**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00820-CV
_____

### GREG YAKIM, Appellant

### V.

### BRISTOL RESIDENTIAL, L.P., RONALD L. LOZOFF, CHOICE CONDOMINIUMS GP, L.L.C, CHOICE CONDOMINIUMS VII, L.P., AND CONDO SMART REALTY, L.L.C., Appellees

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-21175**

## ABATEMENT ORDER

This is an appeal from interlocutory summary judgment orders signed June 29, 2012, and July 27, 2012, which were made final and appealable by a severance order signed August 28, 2012. On December 27, 2012, appellant filed a motion to abate the appeal for a period of thirty days so that the parties may engage in

settlement negotiation, or alternatively, appellant requests an extension of time to file his brief. We grant the motion to abate and issue the following order:

The court **ORDERS** the appeal **ABATED** and removed from this court's active docket for a period of thirty days. The appeal will be reinstated on this court's active docket after thirty days. Any party may file a motion stating grounds for reinstating the appeal before the end of the thirty-day period. If a settlement is reached the parties shall promptly notify this court and file an appropriate motion to dismiss the appeal or other dispositive motion as soon as practicable. Any party may file a motion to extend the abatement period to finalize a settlement.

PER CURIAM